# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **UNITED STATES OF AMERICA** : | |
| : | |
| **v.** : | **CRIMINAL NO. 19-518-4** |
| : | |
| **VIKTORIYA MAKAROVA** : | |
| : | |

## ORDER

**AND NOW**, this **21st** day of **October 2024**, upon review of Defendant Makarova's Motion to Join in Co-Defendant Asif Kundi's Response to the Government's Motion to Admit Evidence as Intrinsic to the Crimes Charged in the Superseding Indictment or, Alternatively, under Federal Rule of Evidence 404(b) (ECF No. 457), it is hereby **ORDERED** that Defendant Makarova's Motion (ECF No. 457) is **GRANTED**.

BY THE COURT:

/s/ Chad F. Kenney
_____
**CHAD F. KENNEY, JUDGE**